UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|                                                            ) | |
|         Plaintiff,              ) | Case No. 1:07-cr-295 |
|                                                            ) | |
| v.                                                        ) | Honorable Janet T. Neff |
|                                                            ) | |
| NAPOLEON MORALES-DORANTES,   ) | |
|                                                            ) | |
|         Defendant.          ) | |
| _____) | |

## REPORT AND RECOMMENDATION

      Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on May 7, 2008, after receiving the written consent of defendant and all counsel. At the hearing, defendant Napoleon Morales-Dorantes entered a plea of guilty to counts 1 and 2 of the Superseding Information charging him with possession with intent to distribute cocaine (count 1), in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and using and carrying a firearm during and in relation to a drug-trafficking crime (count 2), in violation of 18 U.S.C. § 924(c)(1)(A)(i). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to counts 1 and 2 of the Superseding Information be accepted and that the court adjudicate defendant guilty of the charge. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

The Clerk is directed to procure a transcript of the plea hearing for review by the District Judge.

Dated:  May 7, 2008                             /s/  Joseph G. Scoville
                                                U.S. Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).  A failure to file timely objections may result in the waiver of any further right to seek appellate review of the plea-taking procedure. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Neuman v. Rivers*, 125 F.3d 315, 322-23 (6th Cir.), *cert. denied*, 522 U.S. 1030 (1997); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).